Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25674
Chapter: 7
Judge: Janet S. Baer

In Re:
  Najeh Abdelkarim
  5935 S Kedvale
  Chicago, IL 60629

Social Security No.:
  xxx−xx−0173

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 615, Chicago, IL 60604

on October 23, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 28, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Najeh Abdelkarim
5935 S Kedvale
Chicago, IL 60629
SSN: xxx−xx−0173 EIN: N.A.

Case No. :    18−25674
Chapter :    7
Judge :    Janet S. Baer

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 28, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Najeh Abdelkarim  
    Debtor

Case No. 18-25674-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: esullivan              Page 1 of 1                    Date Rcvd: Sep 28, 2018  
                             Form ID: ntchrgRq            Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db             +Najeh Abdelkarim,    5935 S Kedvale,    Chicago, IL 60629-4914
27069356       +Byline Bank,    3639 N Broadway,    Chicago, IL 60613-4421
27069357       +Convergent Outsourcing, Inc.,     Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
27069358       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
27069359       +Plains Comme,    Pob 88020,    Sioux Falls, SD 57109-8020
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27069360       +E-mail/Text: rachel@snowsauerteig.com Sep 29 2018 01:58:28      Snow & Sauerteig Collections,
                 Attn: Bankruptcy,    203 E Berry St. Suite 1100,    Fort Wayne, IN 46802-2715
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              Deborah   Kanner Ebner    dkebner@debnertrustee.com, dke@trustesolutions.net,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rayed  Yasin    on behalf of Debtor 1 Najeh  Abdelkarim ryasin@victorylawoffice.com,
               yasinrr72278@notify.bestcase.com
                                                                                             TOTAL: 3
```